**Electronically Filed
Supreme Court
SCEC-20-0000508
09-OCT-2020
03:06 PM**

SCEC-20-0000508

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ASHLEY (NOELLE) FAMERA-ROSENZWEIG, Plaintiff,

vs.

KAIALII (KAI) KAHELE,  Defendant.

ORIGINAL PROCEEDING

<u>ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION
DISMISSING THE COMPLAINT AND RECONSIDERATION OF KAHELE
BEING IN DEFAULT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Upon consideration of Plaintiff's motion for

reconsideration, the papers in support, and the records and files

herein,

IT IS HEREBY ORDERED that the motion for

reconsideration is denied.

DATED: Honolulu, Hawai'i, October 9, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Lisa W. Cataldo

